UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **JUAN MONCADO** | ) JURY TRIAL DEMANDED |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| **LOCKHART MORRIS &** | ) |
| **MONTGOMERY, INC.** | ) |
| Defendant. | ) |
| | ) |

---

## COMPLAINT

---

## INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff, Juan Moncado, an individual consumer, against Defendant, Lockhart Morris & Montgomery, Inc ("LMM" or " Defendant") for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. 1331. The venue in this District is proper in that the Defendant transacts business in Tampa, Florida, and the conduct complained of occurred in Tampa, Florida.

## PARTIES

3. Plaintiff, Juan Moncado (hereinafter "Plaintiff"), is a natural person residing in Tampa, Florida. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Upon information and belief, Defendant is a Texas corporation.

5. Defendant is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to another.

## FACTS OF THE COMPLAINT

6. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. 1692a(6).

7. Plaintiff is alleged to owe a "debt" as defined by the FDCPA, 15 U.S.C. § 1692a(5), and the alleged debt at issue arose from a transaction entered into primarily for personal use.

8. On or about July 2, 2025, Plaintiff mailed a letter to Defendant refusing to pay the debt allegedly owed to Emergency Medical Associates of Tampa Bay.

9. Plaintiff further clarified that he is not seeking additional verification or documentation.

10. On or about July 7, 2025, Plaintiff received confirmation from USPS that Defendant had received the letter.

11. Despite receiving Plaintiff's written refusal to pay, Defendant continued its collection efforts by mailing documents to Plaintiff dated July 8, 2025. In doing so, Defendant falsely treated Plaintiff's letter as a dispute and included documents that Plaintiff understood to be purported accounting statements of the debt, in violation of 15 U.S.C. § 1692c(c).

12. Defendant's actions were meant to coerce Plaintiff into paying the debt.

13. Plaintiff has suffered actual damages as a result of these illegal collection communications by Defendant in the form of invasion of privacy, intrusion upon seclusion, anger, anxiety, decreased productivity at work, frustration, defamation, and other negative emotions.

**FIRST CLAIM FOR RELIEF**
**(Defendant)**
**15 U.S.C. §1692c(c)**

3

14. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

15. Defendant violated the FDCPA.

16. Defendant's violations include, but are not limited to the following:

    Defendant violated 15 U.S.C. § 1692c(c) of the FDCPA by communicating with Plaintiff after Plaintiff notified Defendant in writing that Plaintiff refused to pay.

17. As a result of the above violations of the FDCPA, Defendant is liable to Plaintiff for actual damages, statutory damages, and costs.

## JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against Defendant for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

C. Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2);

D. Costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3);

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

<div style="margin-left: 40%;">

<u>/s/ Cortney Walters, Esq.</u>
Cortney Walters, Esq
Florida Bar no. 125159
**The Law Office of Cortney E. Walters, PLLC**
2719 Hollywood Blvd., A-1969
Hollywood, FL 33020
Pleadings@cewlawoffice.com
(954) 874-8022
Lead Attorney

</div>